UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30199-MAP

| | |
|---|---|
| ADELHEID (HEIDI) TEUTSCH, <br>     Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| KARL G. COOPER, JR., Individually & in his <br> Official Capacity as Chief of Police of the <br> West Stockbridge Police Department, | ) <br> ) <br> ) <br> ) |
| CHARLES SIMONELLI, Individually & in his <br> Official Capacity as Police Officer for the <br> West Stockbridge Police Department, | ) <br> ) <br> ) <br> ) |
| TOWN OF WEST STOCKBRIDGE, <br>     Defendants | ) <br> ) |

DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: ___/s/ Maureen MacDonald_____
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance Assoc.
Insurer of Town of West Stockbridge
12 Gill Street
P. O. Box 4043
Woburn, MA 01888

By:____/s/ Patricia M. Rapinchuk_____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone  (413) 732-2301
Fax  (413) 785-4658
BBO # 556149

DATED:  October 27, 2005

412505