UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO. 05-30199-MAP

**ADELHEID (HEIDI) TEUTSCH,**        )
                *Plaintiff*        )
**v.**        )
                        )
**KARL G. COOPER, JR., et al.,**        )
                *Defendants*        )

**PLAINTIFF'S L.R. 16.1 (D) (3) CERTIFICATE**

This will certify that we have conferred and discussed the establishment of a budget for the course of conducting litigation in this case, as well as the consideration of the resolution of this case through alternative dispute resolution.

DATED:  November 1, 2005

*/s/ Adelheid (Heidi) Teutsch*

Adelheid (Heidi) Teutsch

*/s/ Joan A. Antonino*

Joan A. Antonino
BBO#547319
JAAntonino@aol.com

*/s/ Charles J. DiMare*

Charles J. DiMare
BBO#124820
CJDiMare3152@aol.com
ANTONINO & DIMARE
Post Office Box 3333
Amherst, MA 01004-3333
(413) 549-5330

Case 3:05-cv-30199-MAP     Document 6     Filed 11/01/2005     Page 2 of 2