UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADELHEID (HEIDI) TEUTSCH, )
        Plaintiff, )
)
v. )   CIVIL ACTION
)   NO. 05-30199-MAP
KARL G. COOPER, JR, CHARLES SIMONELLI )
AND THE TOWN OF WEST STOCKBRIDGE )
        Defendants. )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Karl G. Cooper, Jr and Charles Simonelli, in the above-entitled matter.

        THE DEFENDANTS
        By their attorney

        /s/ Andrew J. Gambaccini

        Andrew J. Gambaccini, Esq.
        BBO # 654690
        Reardon, Joyce & Akerson, P.C.
        397 Grove Street
        Worcester, MA 01605
        (508) 754-7285