# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ADELHEID (HEIDI) TEUTSCH,**<br>**Plaintiff,**<br><br>**v.**<br><br>**KARL G. COOPER, JR, CHARLES SIMONELLI**<br>**AND THE TOWN OF WEST STOCKBRIDGE**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL ACTION**
**NO. 05-30199-MAP**

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Karl G. Cooper, Jr and Charles Simonelli, in the above-entitled matter.

THE DEFENDANTS
By their attorney

/s/ John K. Vigliotti

John K. Vigliotti, Esq.
BBO # 642337
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285