# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ADELHEID (HEIDI) TEUTSCH,<br>Plaintiff, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION<br>NO. 05-30199-MAP |
| KARL G. COOPER, JR, CHARLES SIMONELLI<br>AND THE TOWN OF WEST STOCKBRIDGE<br>Defendants. | ) ) ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Karl G. Cooper, Jr and Charles Simonelli, in the above-entitled matter.

THE DEFENDANTS
By their attorney

/s/ Michael J. Akerson

Michael J. Akerson, Esq.
BBO # 558565
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285