UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADELHEID (HEIDI) TEUTSCH,<br>　　　　Plaintiff,<br><br>v.<br><br>KARL G. COOPER, JR, CHARLES SIMONELLI<br>AND THE TOWN OF WEST STOCKBRIDGE<br>　　　　Defendants. | CIVIL ACTION<br>NO. 05-30199-MAP |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Karl G. Cooper, Jr and Charles Simonelli, in the above-entitled matter.

　　　　　　　　　　　　　　THE DEFENDANTS
　　　　　　　　　　　　　　By their attorney

　　　　　　　　　　　　　　/s/ Austin M. Joyce

　　　　　　　　　　　　　　Austin M. Joyce, Esq.
　　　　　　　　　　　　　　BBO # 255040
　　　　　　　　　　　　　　Reardon, Joyce & Akerson, P.C.
　　　　　　　　　　　　　　397 Grove Street
　　　　　　　　　　　　　　Worcester, MA 01605
　　　　　　　　　　　　　　(508) 754-7285