UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30199-MAP

| | |
|---|---|
| ADELHEID (HEIDI) TEUTSCH,      Plaintiff | ) ) ) |
| vs. | ) ) |
| KARL G. COOPER, JR., Individually & in his Official Capacity as Chief of Police of the West Stockbridge Police Department, | ) ) ) ) |
| CHARLES SIMONELLI, Individually & in his Official Capacity as Police Officer for the West Stockbridge Police Department, | ) ) ) ) |
| TOWN OF WEST STOCKBRIDGE,      Defendants | ) ) |

## **DEFENDANT, TOWN OF WEST STOCKBRIDGE'S, BUDGET 16.1 CERTIFICATION**

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: ___/s/ Maureen MacDonald_____
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance Assoc.
Insurer of Town of West Stockbridge
12 Gill Street
P. O. Box 4043
Woburn, MA 01888

By:___/s/ Patricia M. Rapinchuk_____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone  (413) 732-2301
Fax  (413) 785-4658
BBO # 556149
prapinchuk@robinson-donovan.com

DATED: January 17, 2006

418158