## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ADELHEID (HEIDI) TEUTSCH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION** |
| | ) | **NO. 05-30199-MAP** |
| KARL G. COOPER, JR, CHARLES SIMONELLI | ) | |
| AND THE TOWN OF WEST STOCKBRIDGE | ) | |
| Defendants. | ) | |

### CERTIFICATION OF DEFENDANT CHARLES SIMONELLI

The undersigned party and his counsel hereby affirm that they conferred:

(a)  regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Charles Simonelli

John K. Vigliotti, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 642337

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2006.

By: _____
John K. Vigliotti