UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADELHEID TEUTSCH,            )
        Plaintiff   )
                    )
v.                           )   Civil Action No. 05-30199-MAP
                    )
                    )
                    )
KARL G. COOPER, JR., et al., )
        Defendants  )

SCHEDULING ORDER
February 13, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by March 1, 2006.

2. All written discovery shall be served by May 31, 2006.

3. Non-expert depositions shall be completed by December 29, 2006.

4. Counsel shall appear for a case management conference on January 8, 2007, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge