UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO. 05-30199-MAP

*ADELHEID TEUTSCH,*   )
        **Plaintiff**   )
           )
**v.**   )
           )
*KARL G. COOPER, JR., et al.,*   )
        **Defendants**   )

## JOINT MOTION TO STAY CASE

The parties hereby request that the Court enter a stay in this case for a period of three months. In support thereof, the parties have agreed to submit this case to mediation in an effort to resolve the case, and are in the process of choosing a mediator.

The parties note that they have scheduled the remainder of the depositions of the parties on December 27, 28 and 29, 2006, but may by mutual agreement choose to forego these depositions prior to mediation in the interest of saving costs and fees.

In the event the mediation fails to result in settlement, the parties request an extension of discovery through May 2006 and a Status Conference to be scheduled by the Court following the close of discovery.

For the above stated reasons, the parties request that this motion be allowed.

DATED: December 18, 2006

| | |
|---|---|
| *Plaintiff, Adelheid Teutsch*<br>By Her Attorneys,<br><br>/s/ *Joan A. Antonino*<br>Joan A. Antonino<br>BBO#547319<br>JAAntonino@aol.com<br>Charles J. DiMare<br>BBO#124820<br>CJDiMare3152@aol.com<br>ANTONINO & DIMARE<br>P.O. Box 3333<br>Amherst, MA 01004-3333<br>(413) 549-5330 | *Defendants,*<br>By Their Attorneys,<br><br>/s/ *Patricia M. Rapinchuk*<br>Patricia M. Rapinchuk<br>BBO#556149<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>(413) 732-2301<br>prapinchuk@robinson-donovan.com<br><br>*Defendants, Karl G. Cooper, Jr*<br>*and Charles Simonelli*<br>By Their Attorney,<br><br>/s/ *John K. Vigliotti*<br>John K. Vigliotti<br>BBO # 642337<br>jvigliotti@epreardon.com<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 |