UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADELHEID TEUTSCH,            )
        Plaintiff    )
                             )
v.                           )    Civil Action No. 05-30199-MAP
                             )
                             )
                             )
KARL G. COOPER, JR., et al., )
        Defendants   )

REVISED SCHEDULING ORDER
January 8, 2007

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. All remaining non-expert depositions shall be completed by May 11, 2007.

2. Counsel shall appear for a case management conference on May 16, 2007, at 12:00 p.m. in Courtroom Three.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2007.

4. Defendant shall designate and disclose information regarding its experts as required by FED. R. CIV. P. 26(a)(2) by July 6, 2007.

5. All expert depositions shall be completed by August 31, 2007.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              Chief Magistrate Judge