UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO. 05-30199-MAP

*ADELHEID TEUTSCH,*             )
           **Plaintiff**     )
                            )
**v.**                           )
                            )
*KARL G. COOPER, JR.,* **et al.,**   )
           **Defendants**   )

## NOTICE OF SETTLEMENT
## &
## REQUEST FOR SIXTY-DAY DISMISSAL ORDER

The parties hereby report that this case has settled by agreement. The parties further request that the Court issue a sixty-day Dismissal Order.

1

DATED: September 10, 2007

| | |
|---|---|
| *Plaintiff, Adelheid Teutsch*<br>By Her Attorneys,<br><br>/s/ *Joan A. Antonino*<br>Joan A. Antonino<br>BBO#547319<br>JAAntonino@aol.com<br>Charles J. DiMare<br>BBO#124820<br>CJDiMare3152@aol.com<br>ANTONINO & DIMARE<br>P.O. Box 3333<br>Amherst, MA 01004-3333<br>(413) 549-5330 | *Defendants,*<br>By Their Attorneys,<br><br>/s/ *Patricia M. Rapinchuk*<br>Patricia M. Rapinchuk<br>BBO#556149<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>(413) 732-2301<br>prapinchuk@robinson-donovan.com<br><br>*Defendants, Karl G. Cooper, Jr.*<br>*and Charles Simonelli*<br>By Their Attorney,<br><br>/s/ *John K. Vigliotti*<br>John K. Vigliotti<br>BBO # 642337<br>jvigliotti@epreardon.com<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 |