UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADELHEID (HEIDI0 TEUTSCH

       V.                                    CA NO 05-30199-MAP

KARL G. COOPER, JR., ET AL

## SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED:   September 11, 2007

                                                    SARA THORNTON
                                                   CLERK

                                                      /s/Elizabeth A. French
                                               BY: _____
                                               Elizabeth A. French
                                               Deputy Clerk